**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-2307**

———————

DARRYL ALLMOND,

Plaintiff - Appellant,

versus

SECTION 8 DEPARTMENT OF HOUSING; JOHN TYLER;
JOHN TURNER; BRUCE HANNEMAN; BRIAN O'MALIE;
SANDHU; JIM HALL; MICHAEL FINKLE; PAULA
SAMPSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-03-894)

———————

Submitted:  February 25, 2004        Decided:  March 9, 2004

———————

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Darryl Allmond, Appellant Pro Se.  Cynthia Lee Tianti, COUNTY
ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darryl Allmond appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Allmond v. Section 8 Dep't of Housing, No. CA-03-894 (E.D. Va. filed Sept. 25, 2003 & entered Sept. 30, 2003; Oct. 8, 2003). We also find that the district court properly denied Allmond's motion for substitution and decided the case without oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED